■ ELIAS COLON et al., Respondents, v JOEL TEICHNER, Appellant, et al., Defendant.—Appeal by the defendant Joel Teichner from an order of the Supreme Court, Kings County, dated May 15, 1985.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice Monteleone at the Supreme Court, Kings County. Niehoff, J. P., Weinstein, Rubin and Kooper, JJ., concur.